UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ATIF AHMAD RAFAY,

                 Petitioner,

v.

MICHAEL OBENLAND,

                 Respondent.

Case No. C16-1215-RAJ-MAT

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's motion for an extension of time to file a response to respondent's answer to petitioner's amended petition for writ of habeas corpus. Petitioner represents to the Court that respondent does not oppose the requested extension. The Court, having reviewed petitioner's motion, and the balance of the record, hereby ORDERS as follows:

(1) Petitioner's motion for an extension of time to file his response to respondent's answer (Dkt. 55) is GRANTED. Petitioner is directed to file his response no later than *September 5, 2019*.

(2) Respondent's answer to petitioner's amended petition for writ of habeas corpus (Dkt. 51) is RENOTED on the Court's calendar for consideration on *September 20, 2019*.

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 1

Respondent must file any reply brief in support of his answer by that date.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Richard A. Jones.

DATED this <u>13th</u> day of June, 2019.

 /s/ Mary Alice Theiler
 Mary Alice Theiler
 United States Magistrate Judge